## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MILLENNIUM LAB HOLDINGS II, LLC, et al., | : | Case No. 15-12284 (LSS) |
| Debtors. | : | Jointly Administered |

------------------------------------------------------------------------ x

| | | |
|---|---|---|
| MARC S. KIRSCHNER solely in his capacity as TRUSTEE of THE MILLENNIUM CORPORATE CLAIM TRUST, | : : | |
| Plaintiff, | : | Ad. Pro 17-51840 (LSS) |
| -against- | : | |
| J.P. MORGAN CHASE BANK, N.A., CITIBANK N.A., BMO HARRIS BANK, N.A. and SUNTRUST BANK, | : : | |
| Defendants. | | |

------------------------------------------------------------------------ x

## STIPULATION REGARDING
## ACCEPTANCE OF SERVICE AND
## EXTENSION OF DEADLINE TO ANSWER,
## MOVE OR OTHERWISE PLEAD

The undersigned counsel for the above-captioned plaintiff ("Plaintiff") and the above-caption defendants (collectively "Defendants") in the above-captioned adversary proceeding (the "Adversary Proceeding") have conferred and, subject to the Court's approval, stipulate as follows:

1.      Undersigned counsel for Defendants is authorized to and, as of November 9, 2017, has accepted service of the *Complaint* [Adv. D.I. 1] (the "Complaint") and any summons issued by Plaintiff in connection therewith in the Adversary Proceeding on behalf of its respective client and Defendants waive the right to assert a defense of insufficient service of process, but reserve

all other defenses and claims under the Federal Rules of Bankruptcy Procedure, Federal Rules of

Civil Procedure, and any other applicable federal or state law; and

2.     The time for Defendants to answer, move, or otherwise plead in respect to the

Complaint shall be extended through and including December 13, 2017.

Dated: November 22, 2017
Wilmington, Delaware

Seitz, Van Ogtrop & Green, P.A.

By:  /s/ Jared T. Green
R. Karl Hill (No. 2747)
Jared T. Green (No. 5179)
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801
Tel.: (302) 888-0600
Fax: (302) 888-0606
Email: jtgreen@svglaw.com

-and-

David H. Wollmuth
Lyndon M. Tretter
Jeffrey Coviello
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
Tel.:    (212) 382-3300
Fax:    (212) 382-0050
Email: dwollmuth@wmd-law.com
        ltretter@wmd-law.com
        jcoviello@wmd-law.com

*Attorneys for Plaintiff Marc S. Kirschner,
solely in his capacity as, Trustee of the
Millennium Corporate Claim Trust*

Richards, Layton & Finger, P.A.

By:  /s/ Jason M. Madron
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel:    (302) 651-7700
Fax:    (302) 651-7701
Email: collins@rlf.com
        madron@rlf.com

-and-

Michael Luskin
Lucia T. Chapman
Luskin, Stern & Eisler LLP
Eleven Times Square
New York, New York  10036
Tel:    (212) 597-8200
        (212) 974-3205
Email: luskin@lsellp.com
        chapman@lsellp.com

*Attorneys for Citibank, N.A.*

Richards, Layton & Finger, P.A.

By: /s/ Jason M. Madron
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel:    (302) 651-7700
Fax:    (302) 651-7701
Email: collins@rlf.com
        madron@rlf.com


            -and-

Mary Beth Forshaw
William T. Russell, Jr.
Isaac M. Rethy
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017-3954
Tel:    (212) 455-2000
        (212) 455-2502
Email: mforshaw@stblaw.com
        wrussell@stblaw.com
        irethy@stblaw.com

*Attorneys for JPMorgan Chase Bank, N.A.*

Polsinelli PC

By: /s/ Christopher A. Ward
Christopher A. Ward (No. 3877)
Stephen J. Astringer (No. 6375)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Tel:    (302) 252-0920
Fax:    (302) 252-0921
Email: cward@polsinelli.com
        sastringer@polsinelli.com

            -and-

Stephen Mark Dollar
David B. Schwartz
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
Tel:    (212) 318-3000
Fax:    (212) 318-3400
Email:
steve.dollar@nortonrosefulbright.com
david.schwartz@nortonrosefulbright.com

Kyle Schindler
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Tel:    (214) 855-8000
Email:
kyle.schindler@nortonrosefulbright.com

*Attorneys for BMO Harris Bank, N.A.*

Morris James LLP


By:  /s/ Stephen M. Miller
Stephen M. Miller (No. 2610)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Tel:    (302) 888-6853
Fax:   (302) 571-1750
Email: smiller@morrisjames.com

              -and

J. Emmett Murphy (admitted *pro hac vice*)
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
Tel:    (212) 556-2191
Fax:   (212) 556-2222
Email: jemurphy@kslaw.com

              -and

John C. Toro (admitted *pro hac vice*)
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30033
Tel:    (404) 572-2806
Fax:   (404) 572-5100
Email: jtoro@kslaw.com

*Attorneys for SunTrust Bank*

SO ORDERED:  _____