# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MILLENNIUM LAB HOLDINGS II, LLC, *et al.*,<br><br>                       Debtors. | Chapter 11<br><br>Case No. 15-12284 (LSS)<br><br>Jointly Administered |
| MARC S. KIRSCHNER solely in his capacity as TRUSTEE OF THE MILLENNIUM CORPORATE CLAIM TRUST,<br><br>                       Plaintiff,<br><br>                       v.<br><br>JPMORGAN CHASE BANK, N.A., CITIBANK N.A., BMO HARRIS BANK, N.A., and SUNTRUST BANK,<br><br>                       Defendants. | Adv. Pro. No. 17-51840 (LSS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* PURSUANT TO DEL. BANKR. L.R. 9010-1

        Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Mark A. Popovsky of Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004-2498, to represent JPMorgan Chase Bank, N.A. in the above-captioned adversary proceeding.

Dated:  May 22, 2019
          Wilmington, Delaware

                                                          /s/ Jason M. Madron
                                         Jason M. Madron (Bar No. 4431)
                                         RICHARDS, LAYTON & FINGER, P.A.
                                         One Rodney Square
                                         920 North King Street
                                         Wilmington, Delaware 19801
                                         Telephone:     (302) 651-7700
                                         Facsimile:      (302) 651-7701
                                         E-mail:  madron@rlf.com

## ORDER GRANTING MOTION

        IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

RLF1 21300973v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

   Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and am admitted to practice before the United States District Court for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Fourth Circuit, and the United States Tax Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund*, effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: May 22, 2019

                */s/ Mark A. Popovsky*
                Mark A. Popovsky
                SULLIVAN & CROMWELL LLP
                125 Broad Street
                New York, New York 10004-2498
                Telephone: (212) 558-4000
                Facsimile: (212) 558-3588
                Email:   POPOVSKYM@sullcrom.com