IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MILLENNIUM LAB HOLDINGS II, LLC, *et al.*,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-12284 (LSS)<br><br>Jointly Administered |
| MARC S. KIRSCHNER solely in his capacity as TRUSTEE OF THE MILLENNIUM CORPORATE CLAIM TRUST,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>JPMORGAN CHASE BANK, N.A., CITIBANK N.A., BMO HARRIS BANK, N.A., and SUNTRUST BANK,<br><br>　　　　　　　　　　　Defendants. | Adv. Pro. No. 17-51840 (LSS) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
PURSUANT TO DEL. BANKR. L.R. 9010-1**

　　　　Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Mark A. Popovsky of Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004-2498, to represent JPMorgan Chase Bank, N.A. in the above-captioned adversary proceeding.

Dated:　May 22, 2019
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jason M. Madron
　　　　　　　　　　　　　　　　　　　　Jason M. Madron (Bar No. 4431)
　　　　　　　　　　　　　　　　　　　　RICHARDS, LAYTON & FINGER, P.A.
　　　　　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　　　　　920 North King Street
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Telephone:　　(302) 651-7700
　　　　　　　　　　　　　　　　　　　　Facsimile:　　(302) 651-7701
　　　　　　　　　　　　　　　　　　　　E-mail: madron@rlf.com

**ORDER GRANTING MOTION**

　　　　IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: May 29th, 2019
Wilmington, Delaware**

　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　**LAURIE SELBER SILVERSTEIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE**

RLF1 21300973v.1