**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MILLENNIUM LAB HOLDINGS II, LLC, *et al.*, | Case No. 15-12284 (LSS) |
| Debtors. | Jointly Administered |
| | |
| MARC S. KIRSCHNER solely in his capacity as TRUSTEE OF THE MILLENNIUM CORPORATE CLAIM TRUST, | |
| Plaintiff, | Adv. Pro. No. 17-51840 (LSS) |
| v. | |
| J.P. MORGAN CHASE BANK, N.A., CITIBANK N.A., BMO HARRIS BANK, N.A., and SUNTRUST BANK, | **Re: D.I. 248, 249, 250, 251, 252, 278, 279, 282, 283, 286, 300, 301, 303** |
| Defendants. | |

**DEFENDANTS' NOTICE OF FILING OF REDACTED DOCUMENTS IN CONNECTION WITH "*DEFENDANTS' MOTION TO STRIKE CERTAIN PORTIONS OF THE RULE 26(a)(2) REPORT OF YVETTE R. AUSTIN SMITH*" [ADV. D.I. 248] AND "*DEFENDANTS' MOTION FOR SUMMARY JUDGMENT*" [ADV. D.I. 250]**

PLEASE TAKE NOTICE that, on November 7, 2017, Marc S. Kirschner, solely in his capacity as Trustee of the Millennium Corporate Claim Trust commenced the above-captioned adversary proceeding (the "Action") against defendants JPMorgan Chase Bank, N.A.; Citibank, N.A.; BMO Harris Bank, N.A.; and SunTrust Bank (collectively, "Defendants") by filing a complaint [Adv. D.I. 1] in the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, consistent with the terms of the *Scheduling Order* [Adv. D.I. 28], entered January 9, 2018 (as modified, amended, or supplemented by Adv.

RLF1 28568147v.1

D.I. 58, 72, 105, 134, 139, 145, 151, 179, 200, 208, 220, 233, 243; the "Scheduling Order"), on August 22, 2022, October 24, 2022, and November 23, 2022, Defendants filed the following documents with the Court under a temporary seal pursuant to Paragraph 15 of the *Order Regarding Confidentiality of Discovery Material*, entered June 7, 2019 [Adv. D.I. 96] (the "Confidentiality Order"):

- *[Sealed] Defendants' Memorandum of Law in Support of Their Motion to Strike Certain Portions of the Rule 26(a)(2) Report of Yvette Austin Smith* [Adv. D.I. 249] (the "Motion to Strike Memorandum"); and

- *[Sealed] Memorandum of Law in Support of Defendants' Motion for Summary Judgement* [Adv. D.I. 251] (the "Motion for Summary Judgment Memorandum"); and

- *[Sealed] Declaration of Mark A. Popovsky in Support of Defendants' Motion for Summary Judgment and Motion to Strike Certain Portions of the Rule 26(a)(2) Report of Yvette Austin Smith* [Adv. D.I. 252] (the "Opening Declaration in Support"); and

- *[Sealed] Defendants' Opposition to Plaintiff's Motion For Partial Summary Judgment Regarding Defendants' Affirmative Defenses* [Adv. D.I. 278] (the "Opposition to Partial Summary Judgment"); and

- *[Sealed] Declaration of Lara Samet Buchwald In Support of Defendants' Opposition to Plaintiff's Motion For Partial Summary Judgment Regarding Defendants' Affirmative Defenses* [Adv. D.I. 279] (the "Opposition to Summary Judgment Declaration"); and

- *[Sealed] Defendants' Memorandum of Law In Opposition to Plaintiff's Daubert Motion To Exclude the Testimony of Defendants' Proposed Expert Amy Hutton* [Adv. D.I. 282] (the "Hutton *Daubert* Opposition"); and

- *[Sealed] Defendants' Memorandum of Law In Opposition to Plaintiff's Daubert Motion To Exclude the Testimony of Defendants' Expert Branka Matevich* [Adv. D.I. 283] (the "Matevich *Daubert* Opposition"); and

- *[Sealed] Declaration of Mark A. Popovsky In Support of Defendants' Oppositions to Plaintiff's Daubert Motions to Exclude the Testimony of Defendants' Experts Amy Hutton and Branka Matevich* [Adv. D.I. 286] (the "*Daubert* Opposition Declaration"); and

- *[Sealed] Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment* [Adv. D.I. 300] (the "Summary Judgment Reply"); and

RLF1 28568147v.1

- *[Sealed] Defendants' Reply Memorandum in Support of Their Motion to Strike Certain Portions of the Rule 26(a)(2) Report of Yvette Austin Smith* [Adv. D.I. 301] (the "Motion to Strike Reply"); and

- *[Sealed] Declaration of Mark A. Popovsky in Further Support of the Defendants' Motion for Summary Judgment and Motion to Strike Certain Portions of the Rule 26(a)(2) Report of Yvette Austin Smith* [Adv. D.I. 303] (the "Reply Declaration in Support" and, together with the Motion to Strike Memorandum, Motion for Summary Judgment Memorandum, Opening Declaration in Support, Opposition to Partial Summary Judgment, Opposition to Summary Judgment Declaration, Hutton *Daubert* Opposition, Matevich *Daubert* Opposition, *Daubert* Opposition Declaration, Summary Judgment Reply, and the Motion to Strike Reply, the "Temporarily Sealed Documents").

PLEASE TAKE FURTHER NOTICE that Defendants filed each of the Temporarily Sealed Documents on the Court's docket in the Action completely under seal pursuant to Paragraph 15 of the Confidentiality Order[1] because each of the Temporarily Sealed Documents contained Designated Material (as such term is defined in the Confidentiality Order).

PLEASE TAKE FURTHER NOTICE that, consistent with Paragraph 17 of the Confidentiality Order, on August 29, 2022 (*see* Adv. D.I. 263[2]), October 31, 2022 (*see* Adv. D.I. 291), and November 30, 2022 (*see* Adv. D.I. 307), Defendants filed notices (collectively, the "Unsealing Notices") with the Court advising the Court that certain exhibits to certain of the Temporarily Sealed Documents should not remain under temporary seal.

PLEASE TAKE FURTHER NOTICE that, today, Defendants hereby file the following public versions of the Temporarily Sealed Documents, which contain redactions as appropriate consistent with the Court's Orders Maintaining Seal Over Certain Confidential Information (Adv. D.I. 276, 324, 330) (and which include fully unsealed versions of each of the Temporarily Sealed Documents identified in the Unsealing Notices) with the Court pursuant to Paragraph 18 of the

---

[1] *See* Confidentiality Order at ¶ 15 ("Initially, Designated Material contained in pleadings, documents or other papers (or attachments thereto) that a Party seeks to file with the Court shall be filed with the Court under a temporary seal.")

[2] As amended on September 13, 2022. *See* Adv. D.I. 271.

RLF1 28568147v.1

Confidentiality Order (collectively, "**Exhibit A**" through and including "**Exhibit K**", the

"Redacted Documents"):

**Exhibit A** -    *[Fully Unredacted] Defendants' Memorandum of Law in Support of Their Motion to Strike Certain Portions of the Rule 26(a)(2) Report of Yvette Austin Smith*

**Exhibit B** -    *[Redacted] Memorandum of Law in Support of Defendants' Motion for Summary Judgement*

**Exhibit C** -    *[Redacted] Declaration of Mark A. Popovsky in Support of Defendants' Motion for Summary Judgment and Motion to Strike Certain Portions of the Rule 26(a)(2) Report of Yvette Austin Smith*

**Exhibit D** -    *[Fully Unredacted] Defendants' Opposition to Plaintiff's Motion For Partial Summary Judgment Regarding Defendants' Affirmative Defenses*

**Exhibit E** -    *[Fully Unredacted] Declaration of Lara Samet Buchwald In Support of Defendants' Opposition to Plaintiff's Motion For Partial Summary Judgment Regarding Defendants' Affirmative Defenses*

**Exhibit F** -    *[Fully Unredacted] Defendants' Memorandum of Law In Opposition to Plaintiff's Daubert Motion To Exclude the Testimony of Defendants' Proposed Expert Amy Hutton*

**Exhibit G** -    *[Fully Unredacted] Defendants' Memorandum of Law In Opposition to Plaintiff's Daubert Motion To Exclude the Testimony of Defendants' Expert Branka Matevich*

**Exhibit H** -    *[Redacted] Declaration of Mark A. Popovsky In Support of Defendants' Oppositions to Plaintiff's Daubert Motions to Exclude the Testimony of Defendants' Experts Amy Hutton and Branka Matevich*

**Exhibit I** -    *[Redacted] Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment*

**Exhibit J** -    *[Fully Unredacted] Defendants' Reply Memorandum in Support of Their Motion to Strike Certain Portions of the Rule 26(a)(2) Report of Yvette Austin Smith*

**Exhibit K** -    *[Fully Unredacted] Declaration of Mark A. Popovsky in Further Support of the Defendants' Motion for Summary Judgment and Motion to Strike Certain Portions of the Rule 26(a)(2) Report of Yvette Austin Smith*

PLEASE TAKE FURTHER NOTICE that Defendants hereby incorporate the Redacted

Documents into the record of the Action in full, and submit that the filing of such Redacted

4

RLF1 28568147v.1

Documents satisfies their obligations under Paragraph 17 of the Confidentiality Order and otherwise.

Dated: February 10, 2023
   Wilmington, Delaware

| RICHARDS, LAYTON & FINGER, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| By: */s/ Jason M. Madron* | By: */s/ Jason M. Madron* |
| Mark D. Collins (No. 2981) | Mark D. Collins (No. 2981) |
| Robert J. Stearn, Jr. (No. 2915) | Robert J. Stearn, Jr. (No. 2915) |
| Jason M. Madron (No. 4431) | Jason M. Madron (No. 4431) |
| One Rodney Square | One Rodney Square |
| 920 North King Street | 920 North King Street |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Tel: (302) 651-7700 | Tel: (302) 651-7700 |
| Fax: (302) 651-7701 | Fax: (302) 651-7701 |
| Email: collins@rlf.com | Email: collins@rlf.com |
|    stearn@rlf.com |    stearn@rlf.com |
|    madron@rlf.com |    madron@rlf.com |
| -and- | -and- |
| Christopher Michael Viapiano | Benjamin S. Kaminetzky |
| Oliver W. Engebretson-Schooley | Lara Samet Buchwald |
| Julie G. Petiford | Tina Hwa Joe |
| SULLIVAN & CROMWELL LLP | DAVIS POLK & WARDWELL LLP |
| 1700 New York Avenue, N.W., Suite 700 | 450 Lexington Avenue |
| Washington, D.C. 20006-5215 | New York, New York 10017 |
| Tel: (202) 956-7500 | Tel: (212) 450-4000 |
| Fax: (202) 293-6330 | Fax: (212) 701-5351 |
| Email: viapianoc@sullcrom.com | Email: ben.kaminetzky@davispolk.com |
|    engebretsono@sullcrom.com |    lara.buchwald@davispolk.com |
|    petifordj@sullcrom.com |    tina.joe@davispolk.com |
| -and- | *Attorneys for Citibank, N.A.* |

RLF1 28568147v.1

Ann-Elizabeth Ostrager
Mark A. Popovsky
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Tel:    (212) 558-4000
Fax:    (212) 558-3588
Email:  ostragerae@sullcrom.com
        popovskym@sullcrom.com

*Attorneys for JPMorgan Chase Bank, N.A.*

POLSINELLI PC


By:    */s/ Christopher A. Ward*
Christopher A. Ward (No. 3877)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Tel:    (302) 252-0920
Fax:    (302) 252-0921
Email:  cward@polsinelli.com


                -and-

Stephen Mark Dollar
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
Tel:    (212) 318-3000
Fax:    (212) 318-3400
Email: steve.dollar@nortonrosefulbright.com

*Attorneys for BMO Harris Bank, N.A.*

MORRIS JAMES LLP


By:    */s/ Stephen M. Miller*
Stephen M. Miller (No. 2610)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Tel:    (302) 888-6853
Fax:    (302) 571-1750
Email: smiller@morrisjames.com
                -and-

John C. Toro
Paige Nobles Clifton
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Tel:    (404) 572-2806
Fax:    (404) 572-5100
Email: jtoro@kslaw.com
        pclifton@kslaw.com

*Attorneys for SunTrust Bank*

6