**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| MILLENNIUM LAB HOLDINGS II, LLC, *et al.*, | : Case No. 15-12284 (LSS) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : |
| MARC S. KIRSCHNER solely in his capacity as | : Adv. Proc. No. 17-51840 (LSS) |
| TRUSTEE of the MILLENNIUM CORPORATE | : |
| CLAIM TRUST, | : **Re: Adv. Docket Nos. 254, 256, 280, 281, 284, 285,** |
| Plaintiff, | : **296, 297, 298 & 297** |
| v. | : |
| | : |
| J.P. MORGAN CHASE BANK, N.A., | : |
| CITIBANK N.A., BMO HARRIS BANK, N.A., | : |
| and SUNTRUST BANK, | : |
| | : |
| Defendants. | : |

**NOTICE OF FILING OF CERTAIN REDACTED PLEADINGS**

**PLEASE TAKE NOTICE** that, pursuant to the *Order Regarding Confidentiality of Discovery Material* entered in this adversary proceeding [Adv. Docket No. 96], Plaintiff Marc S. Kirschner, in his capacity as Trustee of the Millennium Corporate Claim Trust, hereby attaches the following redacted versions of certain pleadings initially filed under the temporary seal:

- **Exhibit A** - Plaintiff's Opening Brief in Support of its Daubert Motion to Exclude the Testimony of Defendants' Expert Branka Matevich [Adv. Docket No. 254]

- **Exhibit B** - Plaintiff's Opening Brief in Support of its Daubert Motion to Exclude the Testimony of Defendants' Proposed Expert Amy Hutton [Adv. Docket No. 256]

- **Exhibit C** – Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment [Adv. Docket No. 280]

- **Exhibit D** - Declaration of Grant L. Johnson in Opposition to Defendants' Motion for Summary Judgment [Adv. Docket No. 281]

- **Exhibit E** - Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Strike Certain Portions of the Rule 26(a)(2) Report of Yvette R. Austin Smith [Adv. Docket No. 284]

65203/0001-44621058v1

- **Exhibit F** - Declaration of Grant L. Johnson in Opposition to Defendants' Daubert Motion to Exclude the Testimony of Plaintiff's Proposed Expert Yvette Austin Smith [Adv. Docket No. 285]

- **Exhibit G** – Plaintiff's Reply in Further Support of Plaintiff's Daubert Motion to Exclude the Testimony of Branka Matevich [Adv. Docket No. 296]

- **Exhibit H** – Plaintiff's Reply in Further Support of Plaintiff's Daubert Motion to Exclude the Testimony of Amy Hutton [Adv. Docket No. 297]

- **Exhibit I** – Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment Regarding Defendants' Affirmative Defenses [Adv. Docket No. 298]

- **Exhibit J** - Declaration of Grant L. Johnson in Further Support of Plaintiff's Daubert Motions to Exclude the Testimony of Defendants' Proposed Experts Amy Hutton and Branka Matevich and Plaintiff's Motion for Partial Summary Judgment [Adv. Docket No. 299]

Dated: February 10, 2023  
      Wilmington, Delaware

Respectfully submitted,

By:  */s/ G. David Dean*  
G. David Dean (No. 6403)  
**COLE SCHOTZ P.C.**  
500 Delaware Avenue, Suite 1410  
Wilmington, Delaware 19801  
Tel: (302) 652-3131  
ddean@coleschotz.com

Kyle A. Lonergan (admitted *pro hac vice)*  
Josh J. Newcomer (admitted *pro hac vice)*  
Grant L. Johnson (admitted *pro hac vice)*  
**MCKOOL SMITH, P.C.**  
One Manhattan West  
395 9th Avenue, 50th Floor  
New York, New York, 10001-8603  
Tel: (212) 402-9400  
klonergan@mckoolsmith.com  
jnewcomer@mckoolSmith.com  
gjohnson@mckoolSmith.com

***Attorneys for Plaintiff***

65203/0001-44621058v1